UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of          :          Misc. 8:21-cv-17390-JXN

PETER HYUN KIM            :          ORDER OF DISBARMENT

An Attorney-at-Law        :

PETER HYUN KIM, NJ Bar # 009531995, having tendered to the Supreme Court of New Jersey his consent to disbarment as an attorney-at-law of the State of New Jersey, and the Clerk of this Court having filed in the above-referenced docket a certified copy of the order of the Supreme Court, accepting such disbarment on consent, and good cause appearing,

IT is, on this 28th day of September, 2021,

ORDERED, pursuant to L. Civ. R. 104.1(c), that PETER HYUN KIM is hereby restrained and enjoined from practicing law before this Court during such time that he remains disbarred by the Supreme Court of New Jersey and until further order of this Court.

_____
FREDA L. WOLFSON
Chief U.S. District Judge